**Donna L. CREWS, et al., Appellants,**

v.

**WHITE MOTOR CORPORATION,
Respondent.**

**No. WD 44050.**

Missouri Court of Appeals,
Western District.

June 9, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 28, 1992.

Application to Transfer Denied
Sept. 22, 1992.

William H. Pickett, David H. Pickett, Kansas City, for appellants.

George P. Coughlin, William F. Ford, Jr., Gage & Tucker, Kansas City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from judgment entered on jury verdict in favor of the defendant in a suit for damages.

Judgment affirmed. Rule 84.16(b).